# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALANA HEALTHCARE, LLC,**<br><br>      Plaintiff,<br><br>    v.<br><br>**CIGNA CORPORATE SERVICES, LLC,**<br><br>      Defendant. | **CIVIL ACTION NO. 20-4628** |

## ORDER

**AND NOW,** this 21st day of December 2021, upon consideration of Defendant's Partial Motion to Dismiss [Doc. No. 24] and related filings, it is hereby **ORDERED** that Defendant's Motion is **GRANTED in part** and **DENIED in part**, as follows:

1. Defendant's motion to dismiss Plaintiff's tortious interference with a prospective contract claim is **GRANTED**.

2. Defendant's motion to dismiss Plaintiff's fraud claim is **GRANTED** and this claim shall be **DISMISSED without prejudice**. Plaintiff shall be **GRANTED** leave to file an amended complaint within 21 days of the date of this Order.

3. Defendant's motion to partially dismiss Plaintiff's breach of contract claim is **DENIED**.

It is so **ORDERED.**

                                                    **BY THE COURT:**

                                                    /s/ Cynthia M. Rufe

                                                    **CYNTHIA M. RUFE, J.**